| AO 10<br>Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2013** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Barbour, Jr. , William H. | 2. Court or Organization<br><br>U S District Court | 3. Date of Report<br><br>12/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>501 East Court Street, Suite 4<br>Jackson, MS 39201 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 2. FINANCIAL MGMT ACCT (3-29) | | | | | | | | | |
| 3. -Citibank Deposit Program | A | Interest | K | T | | | | | |
| 4. -Capital World Growth and Income Fund (American Cap World ) | B | Dividend | L | T | | | | | |
| 5. -Europacific Growth Fund (American Europacific Grw A) | A | Dividend | K | T | | | | | |
| 6. .-Income Fund of America (American Income Fund of America) | B | Dividend | L | T | | | | | |
| 7. -New Perspective Fund (American New Perspective Fund) | C | Dividend | L | T | | | | | |
| 8. -Miss. Dev. BK - Bond (MS State Gen Oblig) | B | Interest | K | T | | | | | |
| 9. -USM Edl Bldg Corp - bond | B | Interest | L | T | | | | | |
| 10. -MS St RFDG - NTS-Bond (MS State Gen Oblig) | B | Interest | L | T | | | | | |
| 11. -Kayne Anderson Energy Total Return Fund | B | Dividend | K | T | | | | | |
| 12. -American Electric Power Co | B | Dividend | K | T | | | | | |
| 13. -Kimberly Clark Corp | B | Dividend | L | T | | | | | |
| 14. -Southern Co | B | Dividend | | | Sold | 11/8/13 | K | D | |
| 15. -Templeton Global Bond Fd CL C | B | Dividend | | | Sold (part) | 7/17/13 | L | A | |
| 16. -Templeton Global Bond Fd CL C | | None | | | Sold | 12/27/13 | K | A | |
| 17. -MS Dev BK Spl Oblig | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Chevron Corp | A | Dividend | K | T | | | | | |
| 19. -Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 20. Atmos Energy CP | A | Dividend | K | T | Buy | 7/23/13 | K | | |
| 21. Great Plains Energy Inc | A | Dividend | K | T | Buy | 7/23/13 | K | | |
| 22. MDU Res Group Inc | A | Dividend | L | T | Buy | 7/23/13 | K | | |
| 23. Ishares Intl Select Div | A | Dividend | K | T | Buy | 11/8/13 | K | | |
| 24. Kayne & Midstream/Energy Fund | A | Dividend | K | T | Buy | 7/23/13 | K | | |
| 25. Kayne Anderson MLP Invt Co | A | Dividend | L | T | Buy | 7/23/13 | K | | |
| 26. Powershares S&P 500 Low Vola | A | Dividend | K | T | Buy | 11/8/13 | K | | |
| 27. Franklin Balanced C | B | Dividend | K | T | Buy | 7/17/13 | K | | |
| 28. Franklin Equity Inc C | A | Dividend | K | T | Buy | 7/17/13 | K | | |
| 29. Franklin Rising Dividends C | A | Dividend | K | T | Buy | 12/27/13 | K | | |
| 30. IRA ROLLOVER ACCT #1 (31-65) | | | | | | | | | |
| 31. -I Shares MSCI All Peru | A | Dividend | J | T | Buy | 9/10/13 | J | | |
| 32. -I Shares MSCI China | A | Dividend | J | T | Buy | 6/4/13 | J | | |
| 33. -I Shares MSCI Sweden | A | Dividend | J | T | Buy | 9/10/13 | J | | |
| 34. I Shares TR Dow Jones Select Divend (Ishares Select Div) | A | Dividend | J | T | Sold (part) | 06/04/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   I Shares Cohen & Steers Realty Majors | A | Dividend | J | T | Buy (add'l) | 6/4/13 | J | | |
| 36.   I Shares Trust S & P MidCap Value (Ish S&P MidCap 400 Value) | A | Dividend | K | T | Buy (add'l) | 2/19/13 | J | | |
| 37.   I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | Buy (add'l) | 2/19/13 | J | | |
| 38.   I Shares MSCI Emerging Markets Index Fund | | None | | | Buy (add'l) | 6/4/13 | J | | |
| 39.   I Shares MSCI Emerging Markets Index Fund | | None | | | Buy (add'l) | 9/10/13 | J | | |
| 40.   IShares TR S & P 500 Index Fund (S&P 500 Index Fund) | A | Dividend | K | T | Sold (part) | 2/19/13 | J | A | |
| 41.   IShares TR S & P 500 Index Fund (S&P 500 Index Fund) | | None | | | Sold (part) | 9/10/13 | J | B | |
| 42.   IShares S & P 500 Growth Index Fund | B | Dividend | L | T | Sold (part) | 2/19/13 | J | B | |
| 43.   IShares S & P 500 Growth Index Fund | | None | | | Sold (part) | 6/4/13 | J | B | |
| 44.   Dreyfus Liquid Assets, Inc. (MS Liquid Assets Fund) | A | Dividend | J | T | | | | | |
| 45.   IShares S & P 500 Value Index Fund | B | Dividend | L | T | Buy (add'l) | 06/04/13 | J | | |
| 46.   IShares TR MSCI EAFE Index Fd | A | Dividend | K | T | Buy (add'l) | 2/19/13 | J | | |
| 47.   IShares TR MSCI EAFE Index Fd | | None | | | Buy (add'l) | 6/4/13 | J | | |
| 48.   IShares Trust S & P Midcap 400 Growth | A | Dividend | K | T | Sold (part) | 2/19/13 | J | B | |
| 49.   IShares Trust S & P Midcap 400 Growth | | None | | | Sold (part) | 6/4/13 | J | B | |
| 50.   IShares Russell 2000 Value Index Fd | A | Dividend | K | T | Buy (add'l) | 2/19/13 | J | | |
| 51.   IShares Russell 2000 Value Index Fd | | None | | | Sold (part) | 6/4/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Russell 2000 Value Index Fd | | None | | | Buy (add'l) | 9/10/13 | J | | |
| 53. IShares Russell 2000 Growth Fd | A | Dividend | K | T | Sold (part) | 09/10/13 | J | B | |
| 54. IShares MSCI Germany Index Fd | | None | J | T | Buy | 2/19/13 | J | | |
| 55. IShares MSCI Germany Index Fd | | None | | | Sold | 6/4/13 | J | A | |
| 56. IShares MSCI Germany Index Fd | | None | | | Buy | 9/10/13 | J | | |
| 57. Dow Jones EPAC Sel Div (Ishares Intl Select Dividend) | A | Dividend | J | T | | | | | |
| 58. FTSE/China 25 Index Fund | | None | | | Sold | 2/19/13 | J | A | |
| 59. Ishares MSCI Russia | A | Dividend | | | Sold | 9/10/13 | J | A | |
| 60. Ishares MSCI Poland Capped Inv | | None | | | Buy | 2/19/13 | J | | |
| 61. Ishares MSCI Poland Capped Inv | | None | | | Sold | 6/4/13 | J | A | |
| 62. Ishares MSCI Switzerland Capped | | None | | | Buy | 2/19/13 | J | | |
| 63. Ishares MSCI Switzerland Capped | | None | | | Sold | 9/10/13 | J | A | |
| 64. Ishares MSCI United Kingdom Ind Fd | | None | | | Buy | 6/4/13 | J | | |
| 65. Ishares MSCI United Kingdom Ind Fd | | None | | | Sold | 9/10/13 | J | A | |
| 66. IRA ROLLOVER ACCT #2 (67-78) | | | | | | | | | |
| 67. AT & T, Inc | B | Dividend | K | T | | | | | |
| 68. American Electric Power Co., Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Regions Financial Corp | A | Dividend | M | T | | | | | |
| 70. Southern Co | B | Dividend | | | Sold | 11/8/13 | K | C | |
| 71. Goldman Sachs Capital Growth Fund | D | Dividend | K | T | Sold (part) | 12/18/13 | J | A | |
| 72. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 73. Franklin Income fund | C | Dividend | L | T | | | | | |
| 74. Legg Mason Opportunity Tr Primary Class | A | Dividend | K | T | | | | | |
| 75. Legg Mason Value Trust | A | Dividend | K | T | | | | | |
| 76. Lord Abbett International Core Equity Fd | | None | | | Sold | 7/23/13 | J | A | |
| 77. Bank of America Corp | A | Dividend | J | T | | | | | |
| 78. Microsoft Corp | A | Dividend | J | T | | | | | |
| 79. IRA ROLLOVER ACCT #3 (80-85) | | | | | | | | | |
| 80. American Balanced Fd CL A | C | Dividend | M | T | | | | | |
| 81. Wells Fargo Adv Asset Alloc Fd | A | Dividend | K | T | | | | | |
| 82. Washington Mutual Investors Fd CL A | D | Dividend | M | T | | | | | |
| 83. Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 84. Wells Fargo Advantage Emerging Mkts Growth Fund | | None | L | T | | | | | |
| 85. Wells Fargo Diversified Income Builder | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA ROLLOVER ACCT #4 (87-90) | | | | | | | | | |
| 87. Raymond James Bank Dep Prog (X) | A | Interest | M | T | | | | | |
| 88. Linn Energy | C | Dividend | K | T | | | | | |
| 89. MS ST GO Bonds, Capt Improv | B | Interest | K | T | | | | | |
| 90. MS ST GO Bonds, Ser 20 | B | Interest | K | T | | | | | |
| 91. REAL ESTATE (92-94) | | | | | | | | | |
| 92. Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 93. Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 94. Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 95. RESIDENTIAL SUBDIVISION (96) | | | | | | | | | see Note 1 |
| 96. Subdiv #1: ▓▓▓▓ ▓▓▓▓ | | None | N | W | | | | | |
| 97. OIL AND GAS INTERESTS (98-139) | | | | | | | | | see Note 2 |
| 98. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 99. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 100. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 101. -#4- Placid Oil Co., Warren County, MS | A | Royalty | J | W | | | | | |
| 102. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | B | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 104. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 105. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | | None | J | W | | | | | |
| 106. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 107. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |
| 108. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 109. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |
| 110. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 111. -#14-Bruxoil, Clay Co, MS | A | Royalty | J | W | | | | | |
| 112. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 113. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 114. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | G | Royalty | L | W | | | | | |
| 115. -#18-D & S Oil & Gas, Claiborne Parish, LA | | None | J | W | | | | | |
| 116. -#19-Devon Energy, Yazoo Co, MS; Bossier Parish, LA | | None | J | W | | | | | |
| 117. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |
| 118. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 119. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -#23-Hassie Hunt Exploration, Yazoo Co,. MS | | None | J | W | | | | | |
| 121.  -#24-J.P. Oil, Linbcoln & Pike Co,MS | | None | J | W | | | | | |
| 122.  -#25-McGowan Oil Working Partners, Yazoo Co., MS | | None | J | W | | | | | |
| 123.  -#26-Marathon Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 124.  -#27-Shell Oil Co., Pike Co., MS | | None | J | W | | | | | |
| 125.  -#28-Spooner Petroleum, Jasper Co,. MS | A | Royalty | J | W | | | | | |
| 126.  -#29-St Mary Land & Exploration, Claiborne Parish, LA | | None | K | W | | | | | |
| 127.  -#30-Pennzenergy, Yazoo Co, MS | | None | K | W | | | | | |
| 128.  -#31 Tecton Energy, LLC; Choctaw Co AL | | None | J | W | | | | | |
| 129.  -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 130.  -#33 EOG Resources, Inc. | | None | L | W | | | | | |
| 131.  -#34 EOG Resources, Inc. | | None | J | W | | | | | |
| 132.  Brammer Engineering (X) | A | Royalty | J | W | | | | | |
| 133.  Hunt Crude Oil (X) | A | Royalty | J | W | | | | | |
| 134.  Premier Natural Resources (X) | C | Royalty | J | W | | | | | |
| 135.  Premier Natural Resources (X) | E | Royalty | K | W | | | | | |
| 136.  SM Energy (X) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  N&M Resources (X) | D | Rent | J | W | | | | | |
| 138.  Vitruvian (X) | A | Royalty | J | W | | | | | |
| 139.  Rempetco (X) | A | Royalty | J | W | | | | | |
| 140.  LAND, Humphreys Co., MS (LLC) | | None | | | Donated | | | | |
| 141.  ASSETS - Other | | | | | | | | | |
| 142.  -Residential Real Estate - Cleburne Co, AR | | None | N | W | | | | | |
| 143.  -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |
| 144.  TRUST - BROKERAGE ACCOUNT (145-148) | | | | | | | | | |
| 145.  Bank Deposit Program- Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 146.  -Capital World Growth & Income Fd CL F1-American N/L | B | Dividend | L | T | | | | | |
| 147.  -Columbia Marisco Growth Fd CL A M/F | D | Dividend | K | T | | | | | |
| 148.  -Washington Mutual Investors Fd CL F1-American N/L | C | Dividend | L | T | | | | | |
| 149.  BROKERAGE ACCT (150-151) | | | | | | | | | |
| 150.  Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 151.  Longleaf Partners Fund N/L | A | Dividend | J | T | | | | | |
| 152.  IRA BROKERAGE ACCT #1 (153-165) | | | | | | | | | |
| 153.  -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -First Horizon Natl Corp | A | Dividend | J | T | | | | | |
| 155.  -Calamos Growth Fd CL A | | None | | | Sold | 10/2/13 | J | B | |
| 156.  -Calamos Growth Fund CL C | | None | | | Sold | 10/2/13 | J | A | |
| 157.  -Longleaf Partners Fd | B | Dividend | L | T | | | | | |
| 158.  Bank of America | A | Interest | K | T | | | | | |
| 159.  -GE Capital Corp MTN | A | Interest | | | Redeemed | 9/16/13 | J | A | |
| 160.  -John Hancock Life Insurance Co MTN | A | Interest | J | T | | | | | |
| 161.  -NY Telephone Debenture | A | Interest | | | Redeemed | 11/18/13 | J | A | |
| 162.  The Goldman Sachs Group, Inc. | A | Interest | K | T | | | | | |
| 163.  Wal-mart Stores Inc. | A | Dividend | K | T | Buy | 6/25/13 | J | | |
| 164.  Lord Abbett Growth Leaders Fund Class A | A | Dividend | K | T | Buy | 10/2/13 | J | | |
| 165.  -Lord Abbett Floating Rate Fund Class A M/F | C | Dividend | L | T | | | | | |
| 166.  IRA BROKERAGE ACCT #2 (167-171) | | | | | | | | | |
| 167.  -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 168.  -Lord Abbett Short Duration Income Fd CL A M/F | D | Dividend | M | T | | | | | |
| 169.  -Lord Abbett Floating Rate Fd CL A M/F | C | Dividend | L | T | | | | | |
| 170.  -Lord Abbett Fundamental Equity Fund CL A M/F | E | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Lord Abbett Calibrated Div (formerly Ld Ab Classic Stock) | E | Dividend | M | T | | | | | see Note 3 |
| 172.  IRA BROKERAGE ACCT #3 (173-197) | | | | | | | | | |
| 173.  -Cash & Margin -Regions | A | Interest | K | T | | | | | |
| 174.  -PIMCO Unconstrained Bond Fd | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 175.  Federated Inst High Yield Bd | C | Dividend | L | T | Buy (add'l) | 07/29/13 | J | | |
| 176.  JP Morgan Core Bond Fund A | B | Dividend | L | T | Buy (add'l) | 07/29/13 | J | | |
| 177.  PIMCO Total Return Fund P | B | Dividend | L | T | Sold (part) | 7/16/13 | K | A | |
| 178.  AF American Mutual F2 | C | Dividend | L | T | Sold (part) | 07/29/13 | J | A | |
| 179.  Artisan International | A | Dividend | K | T | Sold (part) | 7/25/13 | J | A | |
| 180.  American Funds Europacific Growth F1 | A | Dividend | K | T | | | | | |
| 181.  JP Morgan Mid Cap Value 1 | B | Dividend | K | T | Sold (part) | 07/25/13 | J | A | |
| 182.  Janus Venture Fund Class A | | None | | | Sold (part) | 07/25/13 | J | A | |
| 183.  Janus Venture Fund Class A | | None | | | Sold | 08/27/13 | K | C | |
| 184.  MFS Research Fund Class A | B | Dividend | L | T | Sold (part) | 07/29/13 | J | B | |
| 185.  Mainstay Epoch Global Equity Yield A | C | Dividend | L | T | Sold (part) | 07/29/13 | J | A | |
| 186.  Neuberger Berman Genesis Fund | C | Dividend | K | T | Sold (part) | 07/25/13 | J | A | |
| 187.  Nuveen Winslow Large-Cap Growth 1 | | None | | | Sold | 7/18/13 | L | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Prud Jenn Mid Cap Growth Z | B | Dividend | K | T | Sold (part) | 7/29/13 | J | A | |
| 189. Wells Fargo Advantage Intl Value Fund Adm | A | Dividend | K | T | Sold (part) | 7/29/13 | J | A | |
| 190. -Federated Strategic Value Fd | C | Dividend | L | T | Sold (part) | 7/29/13 | J | A | |
| 191. Gateway Fund Class A (formlerly Natixis Gateway Fund) | A | Dividend | L | T | Buy (add'l) | 07/29/13 | J | | |
| 192. John Hancock Global Absolute Return Strategies A | A | Dividend | K | T | | | | | |
| 193. Templeton Global Bond Fund Advisor Class | B | Dividend | L | T | Buy (add'l) | 7/29/13 | J | | |
| 194. AQR Managed Futures Strategy Class N | A | Dividend | K | T | | | | | |
| 195. Loomis Sayles Growth Fund | A | Dividend | L | T | Buy | 7/18/13 | K | | |
| 196. Loomis Sayles Growth Fund | | None | | | Buy (add'l) | 7/25/13 | K | | |
| 197. T. Rowe Price Small Cap Value Fund | B | Dividend | K | T | Buy | 8/27/13 | K | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr. , William H. | 12/16/2014 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)            U =Book Value            V =Other                  W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Line 91 shows the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots. There will be no income produced by the reamining lots in inventory unless and until they are sold.

NOTE 2: As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

NOTE 3: On November 26, 2013, the holdings in Lord Abbett Classic Stock Fund Class A were transferred into Lord Abbett Calibrated Dividend Growth Fund Class A by a fund merger.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544